IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERLAKE MECALUX, INC., a Delaware corporation | ) ) ) | |
| **Plaintiff**, | ) ) | No. 20-CV-03152 |
| v. | ) ) | **Honorable Jeffery Cummings** |
| | ) | **Magistrate Judge** |
| DISTRIBUTION PROPERTY SOLUTIONS, INC. a California corporation | ) ) ) | |
| **Defendant**. | | |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff and Counter-Defendant, Interlake Mecalux, Inc. ("Interlake") and Defendant and Counter-Plaintiff, Distribution Property Solutions Inc. ("DPS"), have jointly agreed to resolve the above captioned litigation. Pursuant to the Parties' agreement, Interlake and DPS hereby request that the Court enter the draft Consent Judgment attached hereto as Exhibit A. In support thereof, the parties state as follows:

1. DPS owes to Interlake the amounts set forth in Counts I through IX of Interlake's First Amended Complaint (Dkt. #30), including interest and attorneys' fees and costs in the following amounts:

   i. $800,171.52 in unpaid invoices;

   ii. $131,701.23 in unpaid accrued interest; and

   iii. $100,000.00 in reasonable attorneys' fees and costs incurred by Interlake through the date of filing the Consent Judgment.

2. DPS hereby agrees to dismiss with prejudice Counts I and II of DPS' Counterclaims set forth in DPS' Answer and Counterclaim (Dkt. #10).

WHEREFORE, Plaintiff and Defendant, respectfully request that the Court enter the attached Consent Judgment.

Dated: October 30, 2020

Respectfully submitted,

**INTERLAKE MECALUX, INC.**

By: /s/ *Christopher C. Kendall*

Peter M. Spingola (#6243942)
Christopher C. Kendall (#6209003)
Alexander G. Karl (#6329903)
**CHAPMAN SPINGOLA, LLP**
190 S. LaSalle Street, Suite 3850
Chicago, Illinois 60603
(312) 630-9202
pspingola@chapmanspingola.com
ckendall@chapmanspingola.com
akarl@chapmanspingola.com
wdickmann@chapmanspingola.com

**DISTRIBUTION PROPERTY SOLUTIONS, INC.**

By: /s/ *Dennis F. Esford*

**WINDY CITY TRIAL GROUP, INC.**
Dennis F. Esford
233 South Wacker Drive, Suite 6153
Chicago, Illinois 60606
P: 312-481-8490
E: denny@windycitytrialgroup.com
Attorney No. 6281760

## **CERTIFICATE OF SERVICE**

I, Christopher C. Kendall, an attorney for Interlake Mecalux, Inc., hereby certify that on October 30, 2020, I caused the foregoing to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Christopher C. Kendall*